VAN NESS CORPORATION, PLAINTIFF-RESPONDENT, v. JOE MARINACCIO, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Norman Mesnikoff* for the petitioners.

*Mr. Louis P. Introcaso* for the respondent.

October 13, 1964.

IRMA GROSSMAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BERNARD PEARLMAN, *ET AL.*, DEFENDANTS-RESPOND-ENTS.

On petition for certification to Superior Court, Appellate Division.

*Mrs. Irma Grossman, in propria persona.*